# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| **Ilya and Simona Golub**, | Bankruptcy No. 16-10968 |
| Debtor. | Honorable Jack B. Schmetterer |

## NOTICE OF MOTION

**Please take notice** that on **July 31, 2017, at 10:00 a.m.** or as soon thereafter as counsel may be heard, the undersigned attorneys shall appear before the Honorable Jack B. Schmetterer, United States Bankruptcy Judge for the Northern District of Illinois, in Courtroom 682 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there shall present the **Reorganized Debtors' Motion for Entry of Final Decree Closing Chapter 11 Case**, a copy of which is attached hereto and herewith served upon you.

Dated: July 24, 2017            **Ilya and Simona Golub**

By: /s/ Ariane Holtschlag
One of Their Attorneys

William J. Factor (6205675)
Ariane Holtschlag (6294327)
**FACTORLAW**
105 W. Madison, Suite 1500
Chicago, IL 60602
Tel:    (312) 878-4830
Fax:   (847) 574-8233
Email:  aholtschlag@wfactorlaw.com

{00095899}

## CERTIFICATE OF SERVICE

I, Ariane Holtschlag, an attorney, hereby certify that on July 24, 2017, pursuant to Section II.B.4 of the Administrative Procedures for the Case Management/Electronic Case Filing System and Fed.R.Civ.P. 5(a), I caused a copy of the foregoing *Notice of Motion* and the accompanying *Motion* to be served electronically through the Court's Electronic Notice for Registrants on all persons identified as Registrants on the Service List below and by U.S. mail on all other persons identified on the Service List below.

/s/ Ariane Holtschlag

### SERVICE LIST

**Registrants in the Case**
(Service via ECF)

| | |
|---|---|
| William J Factor | wfactor@wfactorlaw.com, wfactorlaw@gmail.com;bharlow@wfactorlaw.com;wfactor@ecf.inforuptcy.com;wfactormyecfmail@gmail.com;r43923@notify.bestcase.com |
| Ariane Holtschlag | aholtschlag@wfactorlaw.com, bharlow@wfactorlaw.com;gsullivan@ecf.inforuptcy.com;r43923@notify.bestcase.com |
| Cari A Kauffman | ckauffman@sormanfrankel.com, dfrankel@sormanfrankel.com |
| Patrick S Layng | USTPRegion11.ES.ECF@usdoj.gov |
| Jose G Moreno | nd-one@il.cslegal.com |

**Others**
(Service via U.S. mail)

| | | |
|---|---|---|
| Ally Bank<br>PO Box 130424<br>Roseville MN 55113-0004 | AMERICAN EXPRESS BANK, FSB<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | AT&T MOBILITY<br>PO Box 6416<br>Carol Stream, IL 60197-6416 |
| Bank Of America<br>P.O. BOX 851001<br>DALLAS, TX 75285-1001 | Ally Financial<br>P.O. Box 380901<br>Bloomington, MN 55438-0901 | Amex<br>BOX 0001<br>Los Angeles, CA 90096-8000 |
| CAPITAL FEDERAL SAVINGS BANK<br>c/o Codilis & Associates, P.C.<br>15W030 North Frontage Road, Suite 100<br>Burr Ridge, IL 60527-6921 | BarclayCard<br>P.O. Box 60517<br>City of Indurstry, CA 91716-0517 | (p)CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 |
| Chase<br>P.O. BOX 15123<br>WILMINGTON, DE 19850-5123 | Capital One<br>P.O. Box 6492<br>Carol Stream, IL 60197-6492 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 |
| Daimler Trust<br>c/o BK Servicing, LLC<br>PO Box 131265<br>Roseville, MN 55113-0011 | CitiMortgage<br>P.O. Box 6243<br>Sioux Falls, SD 57117-6243 | CitiMortgage, Inc.<br>asf Capitol Federal Savings Bank<br>PO Box 6030<br>Sioux Falls, SD 57117-6030 |
| Discover<br>PO BOX 6103<br>Carol Stream, IL 60197-6103 | Department of Treasury-Internal Revenue Serv<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Department of the Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Fifth Third Bank<br>PO Box 9013<br>Addison, Texas 75001-9013 | Discover Bank<br>Discover Products INC<br>P.O. Box 3025<br>New Albany Ohio 43054-3025 | Elena Golub<br>7141 N. Kedzie Ave.<br>Chicago, IL 60645-2847 |
| Internal Revenue Service<br>Mail Stop 5014CHI<br>230 S. Dearborn Street, Room 2600<br>Chicago, IL 60604-1705 | FedLoan Servicing<br>P.O. Box 69184<br>Harrisburg, PA 17106-9184 | Fifth Third Bank<br>P.O. Box 740789<br>CINCINNATI, OH 45274-0789 |
| Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St Room 873<br>Chicago, IL 60604-2027 | Ilya Golub<br>1915 Sheridan Road<br>Buffalo Grove, IL 60089-8001 | Simona Golub<br>1915 Sheridan Road<br>Buffalo Grove, IL 60089-8001 |
| Lisa Kats<br>1250 Rudolph Road<br>Apt. 3D<br>Nothbrook, IL 60062-1427 | Mercedes Benz Financial Services<br>PO Box 685<br>Roanoke, TX 76262-0685 | Cari A Kauffman<br>Sorman & Frankel, Ltd.<br>180 North LaSalle Street<br>Suite 2700<br>Chicago, IL 60601-2709 |

| | | |
|---|---|---|
| Jose G Moreno<br>Codilis & Associates<br>15W030 N Frontage Road, Suite 100<br>Burr Ridge, IL 60527-6921 | Nissan<br>POB 660366<br>Dallas, TX  75266-0366 | Nissan Motor Acceptance Corporation<br>PO Box 650424<br>Dallas, TX 75265-0424 |
| PNC Bank<br>PO BOX 856177<br>Louisville, KY 40285-6177 | SAM'S CLUB MC/SYNCB<br>P.O. BOX 960013<br>ORLANDO, FL 32896-0013 | Synchrony Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 |
| U.S. Bank National Association (see 410)<br>c/o U.S. Bank Home Mortgage<br>A Division of US Bank NA<br>4801 Frederica St<br>Owensboro, KY 42301-7441 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | |

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| **Ilya and Simona Golub**, | Bankruptcy No. 16-10968 |
| Debtor. | Honorable Jack B. Schmetterer |

**REORGANIZED DEBTORS' MOTION FOR ENTRY OF FINAL
DECREE AND ORDER CLOSING CHAPTER 11 CASE**

Because the bankruptcy estate in this case has been fully administered, Ilya and Simona Golub, (the "***Debtors***") seek entry of a final decree and order closing this chapter 11 case.

## BACKGROUND

On March 30, 2016, the Debtors filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.*, thereby initiating the captioned case.

On March 17, 2017, the Court entered an order confirming the Plan filed by the Debtors, on January 19, 2017, (the "***Plan***"). *See* ECF No. 75. The Plan's Effective Date[1] was March 31, 2017, and the confirmation order is a final order.

The Plan requires that the Debtors make the following payments or take the following actions following the Plan's Effective Date:

---

[1] Unless otherwise specified, all capitalized terms used herein shall have the meaning ascribed thereto in the Plan.

{00095899}

| Type or Class of Claims | Creditors | Date of payment or treatment under Plan | Status of Payments |
|---|---|---|---|
| U.S. trustee fees. | U.S. trustee. | Paid quarterly. | The Debtors paid U.S. trustee fees assessed through the filing of this motion and will pay the remaining fees once the final fees due have been calculated. |
| Unclassified administrative expense claims. | Professionals retained in the case.[2] | Payments will be made in installments of approximately $2,000.00 for approximately 10 months or as otherwise agreed between the Debtors and FactorLaw. | The Debtors have made all payments required to date. |
| Class 1. | CitiMortgage Secured Claims. | Paid in full through monthly principal and interest payments of $2,562.12 or otherwise as contractually agreed between CitiMortgage and the Debtors. | The Debtors have made all payments required to date. |
| Class 2. | US Bank Secured Claims. | Paid in full through monthly principal and interest payments of approximately $500.00 or otherwise as contractually agreed between U.S. Bank and the Debtors. | The Debtors have made all payments required to date. |

---

[2] Professionals retained in this case include The Law Office of William J. Factor, Ltd. (the Debtor's bankruptcy counsel).

| Type or Class of Claims | Creditors | Date of payment or treatment under Plan | Status of Payments |
|---|---|---|---|
| Class 3. | Ally Secured Claims. | Paid in full through monthly principal and interest payments of $899.99 or otherwise as contractually agreed between Ally and the Debtors. | The Debtors have made all payments required to date. |
| Class 4. | Fifth Third Secured Claims. | Paid in full through monthly principal and interest payments of $340.14 or otherwise as contractually agreed between Fifth Third and the Debtors. | The Debtors have made all payments required to date. |
| Class 5. | Nissan Lease Claims. | Paid in full through monthly principal and interest payments of $550.00 or otherwise as contractually agreed between Nissan and the Debtors. | The Debtors have made all payments required to date. |
| Class 6. | Real Estate Tax Claim. | Paid in full within 30 days of the Effective Date. | The Debtors have made all payments required to date. |
| Class 7. | Unsecured Claims. | Shall receive their pro rata share of at last $107,200 from monthly distributions to be paid over a maximum term of sixty (60) months after the Effective Date of the Plan. | The Debtors have made all payments required to date as no payments to this Class have yet come due under the Plan. |

Finally, there are no pending matters left for this Court to address.

## DISCUSSION

1.  "After an estate is fully administered in a chapter 11 reorganization case, the court, on its own motion or on motion of a party in interest, shall enter a final decree closing the case." Fed. R. Bankr. P. 3022; *accord* 11 U.S.C. § 350(a).

2.  The Bankruptcy Code and Rules do not define when an estate is fully administered, so courts "should review each request for entry of a final decree on a case-by-case basis and analyze the factors set forth in Rule 3022, along with any other relevant factors, in determining whether an estate has been fully administered." *Spierer v. Federated Dep't Stores, Inc. (In re Federated Dep't Stores, Inc.)*, 43 Fed. Appx. 820, 822 (6th Cir. 2002); *accord In re Mold Makers, Inc.*, 124 B.R. 766, 768 (Bankr. N.D. Ill. 1990).

3.  The factors considered include: (a) whether the order confirming the plan has become final; (b) whether deposits required by the plan have been distributed; (c) whether the property proposed by the plan to be transferred has been transferred; (d) whether the debtor or the successor of the debtor under the plan has assumed the business of the management of the property dealt with by the plan; (e) whether payments under the plan have commenced; and (f) whether all motions, contested matters, and adversary proceedings have been finally resolved. Fed. R. Bankr. P. 3022 Advisory Note.

4.  Whether or not there is a possibility that a court's jurisdiction may be invoked in the future is not a basis to keep a case open, as a final decree closing the case after the estate is fully administered does not deprive the court of jurisdiction to enforce or interpret its own orders and does not prevent the court from reopening the case for cause pursuant to 11 U.S.C. § 350(a). *Id.*

5.  Here, each of the applicable factors is satisfied and the Debtors' case has been finally administered.

6.  There is therefore no further need for supervision by this Court. (And in the unlikely event that an issue does arise, this Court retains jurisdiction under article 12 of the Plan to resolve that issue.)

## NOTICE

7.    Seven days' notice of this motion has been provided to: (a) the Debtors; (b) the United States trustee; (c) the Debtors' creditors; and (d) any other party that has filed an appearance or requested notice in the case. The Debtors submit that, under the circumstances, such Notice is adequate and that no further notice is required.

**Wherefore**, the Debtors respectfully request that the Court enter a final decree and order closing the case, and grant such further relief as is appropriate under the circumstances.

Dated: July 24, 2017                              **Ilya and Simona Golub**

                                                  By: /s/ Ariane Holtschlag
                                                  One of Their Attorneys

William J. Factor (6205675)
Ariane Holtschlag (6294327)
**FACTORLAW**
105 W. Madison, Suite 1500
Chicago, IL 60602
Tel:   (312) 878-4830
Fax:  (847) 574-8233
Email:      aholtschlag@wfactorlaw.com