UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   16-10968 |
| Ilya and Simona Golub | ) | |
| | ) | Chapter: 11 |
| | ) | Honorable Jack Schmetterer |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**Order Granting Motion for Entry of Final Decree Closing Chapter 11 Case**

     Upon motion filed by Ilya and Simona Golub, for entry of a final decree closing this chapter 11 case; this Court having jurisdiction over the matters set forth in the motion; notice of the motion being appropriate under the circumstances and no further notice being required; good cause existing to grant the relief requested in the motion; and the estate of the above named debtor having been fully administered; IT IS HEREBY ORDERED THAT:

1. The motion is granted as provided herein;

2. The chapter 11 case of the above-named debtor is closed.

Enter:

*[signature]*

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Dated:  July 31, 2017

**Prepared by:**

William J. Factor (6205675)
Ariane Holtschlag (6294327)
FACTORLAW
105 W. Madison, Suite 1500
Chicago, IL 60602
Tel: (847) 239-7248
Fax: (847) 574-8233
Email: aholtschlag@wfactorlaw.com