**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Ilya Golub** | Social Security number or ITIN **xxx–xx–0085** |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Simona Golub** | Social Security number or ITIN **xxx–xx–3711** |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **Northern District of Illinois**

Case number:   **16–10968**

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1141(d)(5) is granted to:

Ilya Golub

Simona Golub

August 2, 2017

**For the court:**   Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court

**Explanation of Bankruptcy Discharge in an Individual Chapter 11 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 11 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for most taxes;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

**For more information, see page 2 >**

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of an individual chapter 11 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                           United States Bankruptcy Court
                           Northern District of Illinois

In re:                                                          Case No. 16-10968-JBS
Ilya Golub                                                      Chapter 11
Simona Golub
        Debtors                      CERTIFICATE OF NOTICE
District/off: 0752-1          User: ahamilton             Page 1 of 2              Date Rcvd: Aug 02, 2017
                              Form ID: 3180RI             Total Noticed: 32


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 04, 2017.
db/jdb         +Ilya Golub,    Simona Golub,    1915 Sheridan Road,    Buffalo Grove, IL 60089-8001
24381050        BarclayCard,    P.O. Box 60517,    City of Indurstry, CA 91716-0517
24404234       +CAPITAL FEDERAL SAVINGS BANK,    c/o Codilis & Associates, P.C.,
                 15W030 North Frontage Road, Suite 100,    Burr Ridge, IL 60527-6921
24381051      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                 (address filed with court: Best Buy,    PO BOX 78009,    Phoenix, AZ 85062-8009)
24381055       +CitiMortgage,    P.O. Box 6243,    Sioux Falls, SD 57117-6243
24686020        CitiMortgage, Inc.,    asf Capitol Federal Savings Bank,    PO Box 6030,
                 Sioux Falls, SD 57117-6030
24423143        Daimler Trust,    c/o BK Servicing, LLC,    PO Box 131265,    Roseville, MN 55113-0011
24381057       +Elena Golub,    7141 N. Kedzie Ave.,    Chicago, IL 60645-2847
24381058        FedLoan Servicing,    P.O. Box 69184,    Harrisburg, PA 17106-9184
24381059       +Fifth Third Bank,    PO Box 740789,    Cincinnati, OH 45274-0789
24429560       +Fifth Third Bank,    PO Box 9013,    Addison, Texas 75001-9013
24381061       +Lisa Kats,    1250 Rudolph Road,    Apt. 3D,    Nothbrook, IL 60062-1427
24406293        Nissan,    POB 660366,    Dallas, TX  75266-0366
24381063        Nissan Motor Acceptance Corporation,    PO Box 650424,    Dallas, TX 75265-0424
24381064        PNC Bank,    PO BOX 856177,    Louisville, KY 40285-6177
24461838       +U.S. Bank National Association (see 410),    c/o U.S. Bank Home Mortgage,
                 A Division of US Bank NA,    4801 Frederica St,    Owensboro, KY 42301-7441

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
24497974        EDI: BECKLEE.COM Aug 03 2017 00:13:00      AMERICAN EXPRESS BANK, FSB,    C/O BECKET AND LEE LLP,
                 PO BOX 3001,    MALVERN, PA 19355-0701
24381048        EDI: CINGMIDLAND.COM Aug 03 2017 00:13:00      AT&T MOBILITY,    PO Box 6416,
                 Carol Stream, IL 60197-6416
24411791        EDI: GMACFS.COM Aug 03 2017 00:13:00      Ally Bank,    PO Box 130424,    Roseville MN 55113-0004
24381046       +EDI: GMACFS.COM Aug 03 2017 00:13:00      Ally Financial,    P.O. Box 380901,
                 Bloomington, MN 55438-0901
24381047        EDI: AMEREXPR.COM Aug 03 2017 00:13:00      Amex,    BOX 0001,    Los Angeles, CA 90096-8000
24381049        EDI: BANKAMER.COM Aug 03 2017 00:13:00      Bank Of America,    P.O. BOX 851001,
                 DALLAS, TX 75285-1001
24381052        EDI: CAPITALONE.COM Aug 03 2017 00:13:00      Capital One,    P.O. Box 6492,
                 Carol Stream, IL 60197-6492
24460514        EDI: CAPITALONE.COM Aug 03 2017 00:13:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC  28272-1083
24381053        EDI: CHASE.COM Aug 03 2017 00:13:00      Chase,    P.O. BOX 15123,    WILMINGTON, DE 19850-5123
24404808        EDI: IRS.COM Aug 03 2017 00:13:00      Department of Treasury-Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
24381056        EDI: DISCOVER.COM Aug 03 2017 00:13:00      Discover,    PO BOX 6103,
                 Carol Stream, IL 60197-6103
24415114       +EDI: DISCOVER.COM Aug 03 2017 00:13:00      Discover Bank,    Discover Products INC,
                 P.O. Box 3025,    New Albany Ohio 43054-3025
24381062       +EDI: DAIMLER.COM Aug 03 2017 00:13:00      Mercedes Benz Financial Services,    PO Box 685,
                 Roanoke, TX 76262-0685
24381065        EDI: RMSC.COM Aug 03 2017 00:13:00      SAM'S CLUB MC/SYNCB,    P.O. BOX 960013,
                 ORLANDO, FL 32896-0013
24694289        EDI: RMSC.COM Aug 03 2017 00:13:00      Synchrony Bank,    c/o Recovery Management Systems Corp,
                 25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
24381066        EDI: USBANKARS.COM Aug 03 2017 00:13:00      U.S.Bank,    PO BOX 790179,    ST. LOUIS, MO 63179
                                                                                               TOTAL: 16

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             The Law Office of William J Factor Ltd
24381054*     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                 (address filed with court: CitiBank,    PO BOX 78045,    Phoenix, AZ 85062-8045)
24452524*      +Fifth Third Bank,    PO Box 9013,    Addison, Texas 75001-9013
24381060*       Fifth Third Bank,    P.O. Box 740789,    CINCINNATI, OH 45274-0789
                                                                                   TOTALS: 1, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1          User: ahamilton              Page 2 of 2                  Date Rcvd: Aug 02, 2017
                              Form ID: 3180RI              Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 04, 2017                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 2, 2017 at the address(es) listed below:
              Ariane   Holtschlag    on behalf of Debtor 1 Ilya  Golub aholtschlag@wfactorlaw.com,
               bharlow@wfactorlaw.com;gsullivan@ecf.inforuptcy.com;r43923@notify.bestcase.com
              Ariane   Holtschlag    on behalf of Debtor 2 Simona  Golub aholtschlag@wfactorlaw.com,
               bharlow@wfactorlaw.com;gsullivan@ecf.inforuptcy.com;r43923@notify.bestcase.com
              Cari A Kauffman    on behalf of Creditor    Daimler Trust ckauffman@sormanfrankel.com,
               dfrankel@sormanfrankel.com
              Jose G Moreno    on behalf of Creditor    Capital Federal Savings Bank nd-one@il.cslegal.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              William J Factor    on behalf of Debtor 2 Simona  Golub wfactor@wfactorlaw.com,
               wfactorlaw@gmail.com;bharlow@wfactorlaw.com;wfactor@ecf.inforuptcy.com;wfactormyecfmail@gmail.com
               ;r43923@notify.bestcase.com
              William J Factor    on behalf of Debtor 1 Ilya  Golub wfactor@wfactorlaw.com,
               wfactorlaw@gmail.com;bharlow@wfactorlaw.com;wfactor@ecf.inforuptcy.com;wfactormyecfmail@gmail.com
               ;r43923@notify.bestcase.com
                                                                                             TOTAL: 7
```